

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CARLOS MCCAIN, | § | No. 08-19-00219-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20180D02769) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **May 8, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Todd D. Morten, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 8, 2020.

IT IS SO ORDERED this 9th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.